AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

ISAAC GREEN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

               V.

CASE NUMBER: CV114-045

CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Order of this Court Entered on April 20, 2015, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the Acting Commissioner's final decision is AFFIRMED, this case is CLOSED and final judgment is hereby ENTERED in favor of the Acting Commissioner.

April 20, 2015
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/1/03